## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**SHEA PADGETT**

**VERSUS**

**BRUMAR MECHCNICAL
CONTRACTORS, LLC**

**CIVIL ACTION**

**NO. 21-408**

**SECTION M (3)**


## ORDER

Considering the *ex parte* joint motion to dismiss filed by defendant BruMar Mechanical Contractors and plaintiff Shea Padgett (R. Doc. 15),

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claims and causes of action herein by Plaintiff, Shea Padgett, against Defendant, BruMar Mechanical Contractors,  are **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, this 18th day of May 2021.


**BARRY W. ASHE
UNITED STATES DISTRICT JUDGE**